IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NIKOLAS WEINSTEIN STUDIOS, INC.,

    Plaintiff,

  v.

STATE NATIONAL INSURANCE COMPANY, INC.,

    Defendant.

No. C 10-01899 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The case management conference currently set for September 16, 2010, at 11:00 a.m., is **CONTINUED** to **SEPTEMBER 23, 2010, AT 8:00 A.M.**, immediately following defendant's motion to dismiss.

    **IT IS SO ORDERED.**

Dated: September 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE